FILED
U.S. DISTRICT COURT
SAVANNAH

2013 JUN 11 PM 2:

CLERK _L. moore_
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| R. ALEC NEVILLE, M.D., heir to estates, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV613-049 |
| JOSIAH NEVILLE, Estate Administrator, | ) ) ) |
| Defendant. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _11_ day of _June_, 2013.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA